# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-60642
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 2, 2017

Lyle W. Cayce
Clerk

JEFFREY L. HILL,

     Plaintiff - Appellant

v.

MELANIE MOREL; GEORGE T. HOLMES,

     Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:15-CV-909

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:*

This litigation arose because a transcript was not filed for the defendant. The defendant wanted to refile his Mississippi complaint in Arkansas, and he became the Plaintiff here against his former attorney and the court reporter.

This court agrees with the district court's judgment that the allegations do not make a viable claim.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.